■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BOWMAN, Appellant. [842 NYS2d 725]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered December 13, 2005, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court erred in denying his request for a jury instruction on the affirmative defense of renunciation. Viewing the evidence adduced at trial in the light most favorable to the defendant (*see People v Taylor*, 80 NY2d 1, 12 [1992]), no reasonable view of the evidence supports the conclusion that the defendant made a substantial effort to prevent the crime prior to its commission (*see* Penal Law § 40.10 [1]; *People v Curry*, 294 AD2d 608, 612 [2002]; *People v Genyard*, 288 AD2d 395 [2001]; *People v Montes*, 211 AD2d 687, 687-688 [1995]). Thus, the trial court properly denied the defendant's request.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Schmidt, J.P., Goldstein, Skelos and Fisher, JJ., concur.